605 A.2d 703

IN THE MATTER OF THEODORE M. FIESCHKO,
AN ATTORNEY AT LAW.

May 1, 1992.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that THEODORE M. FIESCHKO of WEST ORANGE, who was admitted to the bar of this State in 1982, be publicly reprimanded for violating *RPC* 1.1(a) (gross negligence), *RPC* 1.3 (failure to act with reasonable diligence), *RPC* 1.4(a) (failure to keep client reasonably informed), *RPC* 1.5(b) (failure to set forth in writing the basis of fee), *RPC* 8.4(c) (misrepresentation to client of status of matter), and further recommending that respondent be required to practice under the supervision of a proctor for a period of one year, and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review are adopted and THEODORE M. FIESCHKO is hereby publicly reprimanded; and it is further

ORDERED that respondent practice under the supervision of a proctor for a period of one year, pursuant to Administrative Guideline No. 28; and it is further

ORDERED that respondent provide the Office of Attorney Ethics with the name of his proposed supervisor within thirty days of the filing date of this Order; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent shall reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.